IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LIVING FOR LIFE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-CV-00268 |
| | § | |
| STATE FARM FIRE AND CASUALTY | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

_____

STIPULATION OF DISMISSAL WITH PREJUDICE
_____

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Living

for Life, LLC and Defendant State Farm Fire and Casualty Company, through counsel, hereby

stipulate that this civil action may be dismissed, with prejudice, and without an award of

attorneys' fees or costs of any type whatsoever against any party.

Respectfully submitted,

s/ Michael J. King (w/ permission by CEW)
Michael J. King, BPR No. 015523
William F. Clayton, BPR No. 031075
WOOLF, MCCLANE, BRIGHT,
  ALLEN & CARPENTER, PLLC
P.O. Box 900
Knoxville, Tennessee 37901
Telephone: (865) 215-1000

*Attorneys for Plaintiff Living for Life, LLC*

s/ Chad E. Wallace (BPR No. 021741)
Chad E. Wallace, BPR No. 021741
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
100 Med Tech Parkway, Suite 200
P.O. Box 3038
Johnson City, Tennessee  37602
Telephone:  (423) 928-0181
Facsimile:  (423) 979-7639
cwallace@bakerdonelson.com

*Attorney for Defendant State Farm*
  *Fire and Casualty Company*

Page 2 of 2

J CEW 139168 v1
2787551-000276  03/25/2014